IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KOLBE & KOLBE HEALTH AND
WELFARE BENEFIT PLAN, KOLBE
& KOLBE MILLWORK CO., INC.,

          ORDER

      Plaintiffs,

          09-cv-205-bbc

  v.

THE MEDICAL COLLEGE OF
WISCONSIN, INC., and CHILDREN'S
HOSPITAL OF WISCONSIN, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In accordance with the court of appeals' opinion in this case, I will re-open the question of exercising supplemental jurisdiction over plaintiffs' state law claims. Plaintiffs may have until October 18, 2011 in which to file their brief on the issue; defendants may have until November 8, 2011 in which to file a response. Plaintiffs may have until November 18, 2011 to file a reply.

      Entered this 27th day of September, 2011.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge