IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KOLBE & KOLBE HEALTH AND
WELFARE BENEFIT PLAN and KOLBE
& KOLBE MILLWORK CO., INC.,

      Plaintiffs,

v.

MEDICAL COLLEGE OF WISCONSIN,
INC. and CHILDREN'S HOSPITAL OF
WISCONSIN, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-205-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING summary judgment in favor of defendants Medical College of Wisconsin, Inc. and Children's Hospital of Wisconsin, Inc. against plaintiffs Kolbe & Kolbe Health and Welfare Benefit Plan and Kolbe & Kolbe Millwork Co., Inc. and dismissing this case.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

NOV 26 2012
Date