IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KOLBE & KOLBE HEALTH AND
WELFARE BENEFIT PLAN and KOLBE
& KOLBE MILLWORK CO., INC.,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 09-cv-205-bbc

v.

MEDICAL COLLEGE OF WISCONSIN,
INC. and CHILDREN'S HOSPITAL OF
WISCONSIN, INC.,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING summary judgment in favor of defendants Medical College of Wisconsin, Inc. and Children's Hospital of Wisconsin, Inc. against plaintiffs Kolbe & Kolbe Health and Welfare Benefit Plan and Kolbe & Kolbe Millwork Co., Inc. and dismissing this case.

_Peter Oppeneer_             NOV 26 2012
Peter Oppeneer, Clerk of Court        Date